UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> WWW.BLIPPIMERCH.COM, <br> WWW.COCOMELONBACKPACK.COM, <br> WWW.COCOMELONBIRTHDAYSHIRT.COM, <br> WWW.COCOMELONBLANKET.COM, <br> WWW.COCOMELONMERCH.COM   and <br> WWW.COCOMELONSTICKERS.COM, <br><br> *Defendants* | 23-cv-1384 (JHR) <br><br> [PROPOSED] <br> UNSEALING ORDER |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  28th  day of     March    , 2023, at    1:15   p.m.
New York, New York

_____
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE