UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOONBUG ENTERTAINMENT LIMITED and
TREASURE STUDIO INC.,

                        Plaintiffs,

             -v.-

WWW.BLIPPIMERCH.COM,
WWW.COCOMELONBACKPACK.COM,
WWW.COCOMELONBIRTHDAYSHIRT.COM,
WWW.COCOMELONBLANKET.COM,
WWW.COCOMELONMERCH.COM, and
WWW.COCOMELONSTICKERS.COM,

                        Defendants.

23 Civ. 1384 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

       IT IS HEREBY ORDERED that the Plaintiffs shall appear for a video conference, via

Microsoft Teams, on February 22, 2023 at 4:30 PM, to address their application for a temporary

restraining order and alternative service.

       SO ORDERED.

Dated: February 21, 2023
       New York, New York

                                  JENNIFER H. REARDEN
                                  United States District Judge