UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MOONBUG ENTERTAINMENT LIMITED et al.,

                              Plaintiffs,

        -against-

www.blippimerch.com et al.,

                              Defendants.
------------------------------------------------------------------X

23-CV-1384 (JHR)

**ORDER CANCELING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The pre-settlement conference call in this matter scheduled for October 23, 2023 is adjourned sine die.

      **SO ORDERED.**

DATED:    New York, New York
               October 16, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge